UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ALAMILLO,

              Plaintiff(s),

v.

M/V EXPRESS OF THE NORTH O.N. 1140867,

              Defendant(s).

Case No. C08-1230MJP

ORDER ON JOINT MOTION TO AMEND CASE SCHEDULE

The Court, having received and reviewed the parties' stipulated order, makes the following findings:

1. The motion contains insufficient facts to establish good cause for a continuance;
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met and does not explain what has been accomplished to date in the instant case.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: July 9, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

ORD ON MTN TO CONT - 1